IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES L. KERFOOT, | ) | |
| SYLVIA F. KERFOOT, and | ) | CIVIL ACTION FILE |
| PAUL CAMES, as Trustee | ) | |
| in Bankruptcy for James and | ) | NO.1:13-CV-33 (WLS) |
| Sylvia Kerfoot, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FNF SERVICING, INC. (D/B/A | ) | |
| LOAN CARE SERVICING | ) | |
| CENTER, INC.),  a foreign | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO DISMISS</u>

COMES NOW Defendant FNF SERVICING, INC. (D/B/A LOAN CARE SERVICING

CENTER, INC.) a foreign corporation ("LoanCare"), and moves the Court to dismiss the

Plaintiffs' Complaint.  Defendant respectfully refers the Court to the Brief in support of this Motion

filed herewith, and incorporated herein by reference.

WHEREFORE, Defendant LoanCare prays that this honorable Court dismiss Plaintiffs'

Complaint WITH PREJUDICE.

Respectfully submitted this 29th day of March, 2013.

BROCK & SCOTT PLLC

By:    /s/ Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
4360 Chamblee Dunwoody Road, Suite 310
Atlanta, Georgia  30341
(404) 789-2661 Ext. 3306
(770) 817-8882 (facsimile)
kyle.kotake@brockandscott.com
*Attorneys for Defendant*

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that a precise copy of the above **MOTION TO DISMISS** was

filed ECF, automatically sending electronic mail notice to counsel below:

Charles A. Gower, Esq.
1425 Wynnton Road
P.O. Box 5509
Columbus, GA 31906
Charlie@CAGower.com

Miranda J. Brash, Esq.
1425 Wynnton Road
P.O. Box 5509
Columbus, GA 31906
Miranda@cagower.com

David Rohwedder, Esq.
1425 Wynnton Road
P.O. Box 5509
Columbus, GA 31906
david@cagower.com

This 29th day of March, 2013.

/s/ Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
*Attorneys for Defendant*

Brock & Scott PLLC
4360 Chamblee Dunwoody Road, Suite 310
Atlanta, Georgia  30341
(404) 789-2661 Ext. 3306
(770) 817-8882 (facsimile)
kyle.kotake@brockandscott.com

-2-