# Charles A. Gower, P.C.

A T T O R N E Y S   A T   L A W

1425 WYNNTON ROAD
POST OFFICE BOX 5509
COLUMBUS, GEORGIA  31906
www.cagower.com

Charlie Gower                                                    Telephone:  706-324-5685
charlie@cagower.com                                             Facsimile:  706-322-2964

April 3, 2013

Ms. Wanda Sanders
United States District Court
Middle District of Georgia
201 West Broad Ave.
Albany, Georgia 31701

> **RE:**   ***Kerfoot v. FNF Servicing, Inc. (d/b/a Loan Care Serv. Ctr., Inc.)***
> **Civil Action No.: 1:13-cv-33 (WLS)**

Dear Ms. Sanders:

Pursuant to your conversation with Miranda Brash earlier today, we would like to confirm Plaintiffs' request for an additional fourteen (14) days to file "Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint."  This request is made under Local Rule 6.2. With a fourteen day extension, Plaintiffs' Response will be due on May 6, 2013.

Thank you for your help.

Cordially,

*/s/ Charles A. Gower_____*
Charlie@cagower.com
1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906
(706) 324-5685
Attorney for Plaintiff

CAG:  mjb
CC:   Kyle S. Kotake