

**4360 Chamblee Dunwoody Road**
**Suite 310**
**Atlanta, GA 30341**
**PHONE 404-789-2661, ext. 3306**
**FAX 404-294-0919**
**kyle.kotake@brockandscott.com**
**www.brockandscott.com**

May 15, 2013

Ms. Wanda Sanders
United States District Court
Middle District of Georgia
201 West Broad Ave.
Albany, Georgia 31701

   Re: Kerfoot v. FNF Servicing, Inc. (d/b/a LoanCare Servicing Center, Inc.)
     Civil Action No. 1:13-cv-33(WLS)
     Brock & Scott File No.: 13-04434

Dear Ms. Sanders:

   It was a pleasure speaking with you today. Please let this letter confirm the Court's granting Defendant's request for a fourteen (14) day extension to file Defendant's Reply Brief regarding the pending Motion to Dismiss. The request was made under Local Rule 6.2. Defendant's Reply Brief will be due on June 3, 2013.

   Thank you for your assistance. If you have any questions, please do not hesitate to contact us.

         Very truly yours,

         /s/ Kyle S. Kotake
         Kyle S. Kotake
         4360 Chamblee Dunwoody Road, Suite 310
         Atlanta, Georgia  30341
         (404) 789-2661 Ext. 3306
         (770) 817-8882 (facsimile)
         kyle.kotake@brockandscott.com
         *Attorneys for Defendant*

cc: Charles A. Gower, Esq. (via ECF filing)
  Miranda J. Brash, Esq. (via ECF filing)
  David Rohwedder, Esq. (via ECF filing)